# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-20200 |
| Nancy Harris | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the above named defendant.  I also confirm that I am an active filing user in this district with accurate contact information contained in the Electronic Filing System.

Date: April 26, 2022

David DuMouchel
*Attorney's Signature*

David DuMouchel
*Printed Name*

Butzel Long
*Firm (if applicable)*

150 W Jefferson
*Address*

Detroit, MI 48226
*City, State Zip*

(313) 225-700
*Telephone*

dumouchd@butzel.com
*Email Address*