AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

v.

NANCY HARRIS,

**JUDGMENT OF ACQUITTAL**

Case No.  20-20200-5

Honorable  Mark A. Goldsmith

     The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Mark A. Goldsmith  
              Signature of Judge

Mark A. Goldsmith, U.S. District Judge  
          Name and Title of Judge

February 25, 2025  
              Date